# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN THE INTEREST OF: S.A.S., JR. | : No. 259 WAL 2015 |
| | : |
| | : |
| PETITION OF: S.S., SR., NATURAL FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.